**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
J&J EMPIRE EXPRESS, INC. d/b/a JEE,

                Plaintiff,                24 **CIVIL** 1200 (MKV)

      -against-                **JUDGMENT**

FEDEX GROUND PACKAGE SYSTEM, INC., i/p/a FED EX GROUND PACKAGE SYSTEM, INC.,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 09, 2025, the petition to vacate the arbitration award is DENIED and the arbitration award is CONFIRMED. accordingly, the case is closed.

**Dated**: New York, New York
April 09, 2025

                                    **TAMMI M. HELLWIG**
                                    Clerk of Court

          BY:

                                    **Deputy Clerk**